■ The People of the State of New York, Respondent, v Charles Washington, Appellant. [849 NYS2d 442]—Appeal by the defendant from an order of the Supreme Court, Kings County (Marrero, J.), dated February 2, 2006, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, his designation as a level three sex offender is supported by clear and convincing ev-

idence (*see* Correction Law § 168-n; *People v Montalvo*, 44 AD3d 919 [2007], *lv denied* 9 NY3d 817 [2008]). Further, his contention that the hearing court's use of the risk assessment instrument prepared by the Board of Examiners of Sex Offenders denied him due process is without merit (*see People v Windham*, 37 AD3d 571 [2007], *lv granted* 8 NY3d 816 [2007]; *People v Flowers*, 35 AD3d 690 [2006], *lv denied* 8 NY3d 810 [2007]).

The defendant's remaining contentions are without merit. Ritter, J.P., Miller, Dillon and Angiolillo, JJ., concur.